**Kelso David WALLACE, Plaintiff–Appellant,**

v.

**Bernadette LAMSON, Assistant County Attorney; Dianna Gunther; Linda Bird, Supervisor DHCA; Montgomery County Maryland, Defendants–Appellees.**

Kelso David Wallace, Plaintiff–
Appellant,

v.

Bernadette Lamson, Assistant County
Attorney; Dianna Gunther; Linda
Bird, Supervisor DHCA; Montgomery
County Maryland; Montgomery
County Government Maryland, Defen-
dants–Appellees.

Nos. 14–1863, 14–2274.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

Kelso David Wallace, Appellant Pro Se.

Charles Lowell Frederick, Edward Bar-
ry Lattner, County Attorney's Office,
Rockville, Maryland, for Appellees.

Before SHEDD, WYNN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Kelso
David Wallace appeals from the district
court's orders denying relief on his civil
complaint and his complaint filed pursuant
to 42 U.S.C. § 1983 (2012). We have re-
viewed the records and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Wallace
v. Lamson,* No. 8:13–cv–00866–PWG, 2014
WL 956935 (D.Md. Mar. 11, 2014); *Wal-
lace v. Lamson,* No. 8–14–cv–02089–PWG,
2014 WL 5812333 (D.Md. Nov. 7, 2014).
We deny Wallace's motion for appointment
of counsel and dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

*AFFIRMED.*